UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUNN and DANNY DUNN,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its own name and as Receiver for IndyMac Bank, F.S.B.; DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 08-06652 MMM (AJWx)<br><br>JUDGMENT AFFIRMING FINDINGS AND DECISION OF FEDERAL DEPOSIT INSURANCE CORPORATION AND DISMISSING PLAINTIFFS' 12 U.S.C. § 1821(d) CLAIM |

On May 31, 2012, following trial on the administrative record, the court filed its Findings of Fact and Conclusions of Law in this action. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the findings of the Federal Deposit Insurance Corporation, pursuant to the Federal Deposit Insurance Act ("FDIA"), as amended, 12 U.S.C. §§ 1811 et seq., are affirmed; and

2. That this action be, and it hereby is, dismissed.

DATED: May 31, 2012

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE